# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Brittney Concepcion,<br><br>    Petitioner,<br><br>v.<br><br>State of Nevada,<br><br>    Respondent. | Case No.: 2:24-cv-01635-GMN-DJA<br><br>**Order** |

The Court finds the Petition in this case is identical to the Petition previously filed in Case No. 2:24-cv-01624-APG-MDC. Thus, this duplicate case should be dismissed. The Clerk is directed to close this case.

Dated: September 12, 2024

_____
U.S. District Judge Gloria M. Navarro